# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Platinum Services, Inc. ) ASBCA No. 58382
)
Under Contract No. W91QV1-11-D-0003 )

APPEARANCES FOR THE APPELLANT: Carol L. O'Riordan, Esq.
Anthony J. Marchese, Esq.
    The O'Riordan Bethel Law Firm, LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Lawrence Gilbert, JA
    MAJ Jamal A. Rhinehardt, JA
    Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 June 2016

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58382, Appeal of Platinum Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals